# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JUANITA M. CRUMP-DONAHUE                                                        PLAINTIFF

v.                                         4:07CV00511-WRW

UNITED STATES OF AMERICA                                                        DEFENDANT

## ORDER

Pending are Plaintiff's Motion to Strike Amended Complaint (Doc. No. 33) and Motion to Amend/Correct Amended Complaint (Doc. No. 34). Plaintiff's Motions are DENIED. Plaintiff is reminded of an Order (Doc. No. 19) entered on June 27, 2007, that reads "Plaintiff should note that no more amendments will be accepted."

IT IS SO ORDERED this 5th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE