**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JUANITA CRUMP-DONAHUE**                                                                 **PLAINTIFF**

v.                                              **4:07CV00511-WRW**

**UNITED STATES OF AMERICA**                                                          **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion for Summary Judgment (Doc. No. 28). Defendant has responded (Doc. No. 35). Plaintiff's Motion is DENIED.

Plaintiff's Complaint[1] and Amended Complaint[2] allege that the USDA tampered with, and continues to tamper with, Plaintiff's computer. Defendant's actions allegedly caused "an irreparable detrimental decline in Plaintiff and her family members' mental, emotional, and physical health and enjoyment."[3] The claims in Plaintiff's Complaint and Amended Complaint arose from the same set of facts involved in two prior actions, and the parties are also the same.[4] Both previous actions were dismissed with prejudice.[5]

*Res judicata* bars relitigation of every matter raised, and any other matter that should have been raised, in a previous cause of action where a final judgment was rendered.[6] A final judgment was entered in both previous actions that bars the relitigation of any related claims

---

[1]Doc. No. 1.

[2]Doc. No. 21.

[3]*Id*.

[4]Case Nos. 4:05-CV-00708-WRW and 4:05-CV-01844-WRW.

[5]Case Nos. 4:05-CV-00708-WRW, Doc. No. 30 and 4:05-CV-01844-WRW, Doc. No. 7.

[6]*Chicot County Drainage District v. Baxter State Bank*, 308 U.S. 371 (1940).

against the same parties. Thus, this case is barred by the doctrine of *res judicata*. Accordingly, the Plaintiff's Motion (Doc. No. 28) is DENIED and Plaintiffs Complaint and Amended Complaint are DISMISSED with prejudice.

    IT IS SO ORDERED this 21st day of December, 2007.

                                                /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE