### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JUANITA CRUMP-DONAHUE**                                      **PLAINTIFF**

**v.**                  **4:07CV00511-WRW**

**UNITED STATES OF AMERICA**                                 **DEFENDANT**

### JUDGMENT

Based on an Order entered this date finding that this action is barred by the doctrine of *res judicata*, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of December, 2007.

                                                                                         /s/Wm. R. Wilson, Jr.
                                                                    UNITED STATES DISTRICT JUDGE