# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JUANITA CRUMP-DONAHUE**                                               **PLAINTIFF**

**v.**                          **4:07-CV-00511-WRW**

**UNITED STATES OF AMERICA**                                            **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 51) of Order on Motion for Summary Judgment. Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 2nd day of January, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE