# TRANSMITTAL SHEET

**TO:**       Clerk, USCA 8                              **DATE: 1/9/08**

**FROM:**   U.S. District Court Clerk
            Eastern District of Arkansas
            Little Rock, Arkansas

**APPEAL NO: 08-1087**

**DISTRICT COURT NO:   4:07cv00511 Crump-Donahue v. Dept of Agriculture**
**TRANSMITTED HEREWITH:**

   **Original Files**

    **Volumes: TWO**

  **Clerk's Record:**

   **Transcripts:**

      Volume and Date:
      Volume and Date:
      Volume and Date:
      Volume and Date:

   **Exhibits:** -

     Plaintiff

     Defendants:

     Joint

   Other:

*************************************************************************
**USCA 8   ACKNOWLEDGMENT**

RECEIPT                                             RETURNED TO DISTRICT COURT

                                                    Date:
By: _____                  By: _____
      Deputy Clerk                                        Deputy Clerk