# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
## CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:** November 25, 2008

**RE:** 08-1087  Juanita Crump-Donahue v. United States

**TO:** Jim McCormack

**FROM:** James J. Foster

Enclosed are the following records for return to your office:

Original file:  4 vols. and 1 expandable folder *Doc#29 - 4:05cv708*    Transcript:

Deposition: *2 vols. 4:07 cv 511*    Sealed:
*2 vols 4:05 cv 708*

Exhibits: *1 vol 4:05 cv 1844*

Other:

[x] Case closed            [ ] Counsel appointed

[ ] Per your request       [ ] Return to this office

Enclosure(s)

District Court/Agency Case Number(s):  4:07-cv-00511-WRW

JJF